UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DEBRA WAKELEY, on behalf of
herself and all others
similarly situated,

    Plaintiff,

v.                                              Case No: 2:13-cv-469-FtM-29DNF

USEPPA INN AND DOCK COMPANY,
LTD. and GARFIELD BECKSTEAD,
individually,

    Defendants.

_____

**OPINION AND ORDER**

This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #45), filed December 8, 2014, recommending that the Joint Motion for Approval of FLSA Settlement and for Dismissal With Prejudice (Doc. #44) be granted, the Memorandum of Settlement (Doc. #44-1) be approved as fair and reasonable, and the case dismissed. No objections have been filed and the time to do so has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982),

cert. denied, 459 U.S. 1112 (1983).  In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations.  28 U.S.C. § 636(b)(1)(C).  The district judge reviews legal conclusions *de novo*, even in the absence of an objection.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge.

Accordingly, it is now

**ORDERED:**

1. The Report and Recommendation (Doc. #45) is hereby **adopted** and the findings **incorporated** herein.

2. The parties' Joint Motion for Approval of FLSA Settlement and for Dismissal With Prejudice (Doc. #44) is **granted** and the Settlement Agreement and General Release (Doc. #44-1) is approved as a fair and reasonable resolution of a bona fide dispute.

    3.    The Clerk shall enter judgment **dismissing** the case with prejudice, terminate all deadlines and motions, and close the file.

    **DONE and ORDERED** at Fort Myers, Florida, this __29th__ day of December, 2014.

                                           /s/ John E. Steele
                                           JOHN E. STEELE
                                           UNITED STATES DISTRICT JUDGE

Copies:
Hon. Douglas N. Frazier
United States Magistrate Judge

Counsel of Record
Unrepresented parties